UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALERIE STRICKLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| BUFFALO WILD WINGS, INC. | § | **NOTICE OF REMOVAL** |
| | § | |
| Defendant. | § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

| | **Date Filed** | **Document** |
|---|---|---|
| 1. | -- | State Court Docket Sheet – Ex. B |
| 2. | 10-17-14 | Plaintiff's Civil Case Information Sheet and Original Petition – Ex. C |
| 3. | 10-17-14 | Citation – Ex. D |
| 4. | 11-18-14 | Certificate of Service from the Texas Secretary of State (*service November 5, 2014*) – Ex. E |
| 5. | 12-01-14 | Defendant's Original Answer – Ex. F |

.