Skip to Main Content   Logout   My Account   Search Menu   New Civil District Search   Refine Search   Back        Location : All District Civil Courts   Images   Help

# REGISTER OF ACTIONS
## CASE NO. DC-14-12219

| | | |
|---|---|---|
| **VALERIE STRICKLAND vs. BUFFALO WILD WINGS INC** | § § § § § | Case Type: **OTHER PERSONAL INJURY**<br>Date Filed: **10/17/2014**<br>Location: **191st District Court** |

---

**PARTY INFORMATION**

| | | Lead Attorneys |
|---|---|---|
| **DEFENDANT** | **BUFFALO WILD WINGS INC** | **JEFFREY J WOLF**<br>*Retained*<br>817-552-9653(W) |
| **PLAINTIFF** | **STRICKLAND, VALERIE** | **DARREN WOLF**<br>*Retained*<br>214-346-5355(W) |

---

**EVENTS & ORDERS OF THE COURT**

**OTHER EVENTS AND HEARINGS**
| | | |
|---|---|---|
| 10/17/2014 | **NEW CASE FILED (OCA) - CIVIL** | |
| 10/17/2014 | **ORIGINAL PETITION**<br>  *Plaintiff's Original Petition* | |
| 10/17/2014 | **ISSUE CITATION COMM OF INS OR SOS** | |
| 10/20/2014 | **CITATION SOS/COI/COH/HAG**<br>    BUFFALO WILD WINGS INC | Unserved |
| 10/20/2014 | **CITATION ISSUED**<br>    *CT-SOS/AF* | |
| 11/18/2014 | **CERTIFICATE OF SERVICE**<br>    SECRETARY OF STATE CERTIFICATE | |
| 12/01/2014 | **ORIGINAL ANSWER - GENERAL DENIAL** | |

---

**FINANCIAL INFORMATION**

|  |  |  |  |
|---|---|---|---|
| **PLAINTIFF STRICKLAND, VALERIE** | | | |
| Total Financial Assessment | | | 298.00 |
| Total Payments and Credits | | | 298.00 |
| **Balance Due as of 12/03/2014** | | | **0.00** |
| 10/17/2014 | Transaction Assessment | | 294.00 |
| 10/17/2014 | CREDIT CARD - TEXFILE (DC)   Receipt # 60756-2014-DCLK | Strickland, Valerie | (294.00) |
| 10/27/2014 | Transaction Assessment | | 4.00 |
| 10/27/2014 | PAYMENT (CASE FEES)   Receipt # 62458-2014-DCLK | WOLF, DARREN | (4.00) |